IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MICHELLE R. POUPPIRT,**                               3:11-CV-00114-BR

      **Plaintiff,**                                    JUDGMENT

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**

    Based on the Court's Opinion and Order (#21) issued March 8, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 8th day of March, 2012.

                                 /s/ Anna J. Brown

                                 ANNA J. BROWN
                                 United States District Judge